**Order entered November 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01261-CV

**EPHRAIM MCGUIRE-SOBRINO, Appellant**

**V.**

**TX CANNALLIANCE LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05476-2019**

## ORDER

Before the Court is appellant's November 13, 2019 motion to extend time to file his brief on the merits. We **GRANT** the motion and **ORDER** the brief be filed no later than December 3, 2019. We caution appellant that further extension requests will be disfavored in this accelerated appeal.

/s/    KEN MOLBERG
       JUSTICE